UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAKASH NARAYAN,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO et al.,<br><br>    Defendants. | No. 2:19-cv-00466-TLN-CKD<br><br>**ORDER** |

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On January 3, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. Objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 3, 2020, are adopted in full;
2. Wells Fargo's motion to dismiss is GRANTED; and
3. Plaintiff's claims against Wells Fargo are dismissed WITH PREJUDICE.

Dated: February 11, 2020

Troy L. Nunley
United States District Judge