UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| PRAKASH NARAYAN, | No. 2:19-cv-00466-TLN-CKD PS |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

On April 20, 2020, the district judge assigned to this matter adopted the findings and recommendations issued by the undersigned dismissing the City of Sacramento from this case. (ECF Nos. 67, 69.)  Due to the earlier dismissal of Wells Fargo (ECF No. 61), the only defendants remaining in this action are the County Defendants, who have filed an answer to plaintiff's complaint.  (ECF No. 17.)  However, because of the pending motions to dismiss the undersigned vacated the initial scheduling conference in this matter.  (ECF No. 34.)  In light of the motions to dismiss now being resolved, and this action still pending before the County Defendants, the court hereby sets a status (pretrial scheduling) conference for May 27, 2020 at 10:00 a.m. before the undersigned.[1]

Not later than fourteen (14) days prior to the status conference, the parties shall file status

---

[1] The parties are advised that due to the current global pandemic and standing orders from the Chief Judge of this court the hearing will be held telephonically.

1

reports[2] addressing the following matters:

1. Service of process;
2. Possible joinder of additional parties;
3. Any expected or desired amendment of the pleadings;
4. Jurisdiction and venue;
5. Anticipated motions and their scheduling;
6. The report required by Federal Rule of Civil Procedure 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;
7. Future proceedings, including setting appropriate cut-off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial;
8. Special procedures, if any;
9. Estimated trial time;
10. Modification of standard pretrial procedures specified by the rules due to the simplicity or complexity of the proceedings;
11. Whether the case is related to any other cases, including bankruptcy;
12. Whether a settlement conference should be scheduled; and
13. Any other matters that may add to the just and expeditious disposition of this matter.

IT IS SO ORDERED

Dated: April 24, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16.466.reset

---

[2] The parties are encouraged, when possible, to file a joint status report.