UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAKASH NARAYAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>　　　　　Defendants. | No.  2:19-cv-00466-TLN-CKD (PS)<br><br><br>ORDER<br><br>(ECF No. 71.) |

　　　　Presently before the court is pro se plaintiff Prakash Narayan's second motion to disqualify the undersigned and motion to continue the status (pretrial scheduling) conference in this matter.  (ECF Nos. 71, 72.)

　　　　Plaintiff's second motion to disqualify largely mirrors his original motion, which the court previously denied.  (ECF No. 51.)  Thus, for the same reasons discussed in the court's previous order, plaintiff's present motion is found to be without merit.  To the extent plaintiff raises new arguments in the present motion, they do not change this outcome.  Accordingly, the court DENIES plaintiff's motion to disqualify the undersigned.  (ECF No. 71.)

　　　　Regarding plaintiff's motion to continue the status conference in this matter, the court GRANTS plaintiff's motion.  The court hereby continues the status conference to July 15, 2020 at

10:00 a.m. before the undersigned.[1]  Not later than fourteen (14) days prior to the status conference the parties shall file written status reports[2] addressing the following matters:

1. Service of process;
2. Possible joinder of additional parties;
3. Any expected or desired amendment of the pleadings;
4. Jurisdiction and venue;
5. Anticipated motions and their scheduling;
6. The report required by Federal Rule of Civil Procedure 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;
7. Future proceedings, including setting appropriate cut-off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial;
8. Special procedures, if any;
9. Estimated trial time;
10. Modification of standard pretrial procedures specified by the rules due to the simplicity or complexity of the proceedings;
11. Whether the case is related to any other cases, including bankruptcy;
12. Whether a settlement conference should be scheduled; and
13. Any other matters that may add to the just and expeditious disposition of this matter.

IT IS SO ORDERED.

Dated:  May 14, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16. nara. 466

---

[1] The parties are advised that this conference will likely be held telephonically.
[2] The parties are encouraged, if possible, to file a joint status report.