UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAKASH NARAYAN, | No. 2:19-cv-00466-TLN-CKD PS |
| Plaintiff, | |
| v. | |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff filed the present action on March 14, 2019. (ECF No. 1.) On May 14, 2020, at plaintiff's request, the court continued the status conference in this matter to July 15, 2020, the date plaintiff requested. (ECF Nos 72 and 76.) In the order continuing the status conference the court instructed the parties to file a joint status report fourteen (14) days prior to the hearing. (ECF No. 76.) The deadline to file a status report has passed, and defendants have filed a report (ECF No. 80), but plaintiff has not.

The court has considered whether this action should be dismissed at this juncture for failure to prosecute and failure to follow court orders. However, in light of plaintiff's pro se status, and the court's desire to resolve the action on the merits, the court attempts lesser sanctions by issuing an order to show cause.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within 21 days of the date of this order, plaintiff shall show cause in writing why this action should not be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) based on plaintiff's failure to comply with the court's orders and failure to prosecute this case.

2. Failure to timely comply with the terms of this order will result in a recommendation that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

3. The status conference set for July 15, 2020 is VACATED. The conference will be rescheduled by the court if deemed necessary.

Dated: July 6, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16.nara.466