UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAKASH NARAYAN, | No. 2:19-cv-00466-TLN-CKD PS |
| Plaintiff, | **ORDER** |
| v. | (ECF No. 81) |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

**STATUS (PRETRIAL SCHEDULING) ORDER**

READ THIS ORDER CAREFULLY. IT CONTAINS IMPORTANT DATES THAT THE COURT WILL STRICTLY ENFORCE AND WITH WHICH ALL PARTIES MUST COMPLY. A FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER MAY RESULT IN THE IMPOSITION OF MONETARY AND ALL OTHER SANCTIONS WITHIN THE POWER OF THE COURT, INCLUDING DISMISSAL OR AN ORDER OF JUDGMENT.

At plaintiff's request, this matter was set for an initial status conference for July 15, 2020, with status reports due July 1, 2020. (ECF No. 76). Defendants filed a status report by that date, while plaintiff did not. (See ECF No. 80.) Due to plaintiff's failure to file the required report, the court vacated the status conference and issued an order to show cause directed toward plaintiff.

(ECF No. 81.)  Plaintiff has since filed a status report.  (ECF No. 82.)  Although this filing does not directly address the order to show cause, given plaintiff's pro se status the court finds the order satisfied and therefore DISCHARGES the order to show cause.  (ECF No. 81.)

After review of the parties' separate status reports, the court makes the following findings and orders:

**SERVICE OF PROCESS**

Defendants have answered and no further service is permitted except with leave of court, good cause having been shown.

**JOINDER OF PARTIES/AMENDMENTS**

No further joinder of parties or amendments to pleadings is permitted except with leave of court, good cause having been shown.

**JURISDICTION/VENUE**

Jurisdiction is undisputed and is found to be proper, as is venue.

**DISCOVERY**[1]

The parties shall make initial disclosures under Federal Rule of Civil Procedure 26 no later than **August 11, 2020**.  All discovery (both fact and expert) is left open, save and except that it shall be so conducted as to be <u>completed</u> by **July 30, 2021**.  The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with.

Additionally, the deadline to disclose expert witnesses on issues for which a party has the burden of proof is **March 31, 2021**.  The parties shall disclose expert witnesses on issues for which a party does not have the burden of proof by **April 28, 2021**.  Rebuttal experts shall be disclosed by **May 26, 2021**.

**MOTION HEARING SCHEDULE**

All law and motion except as to discovery is left open, save and except that it shall be

---

[1] The parties have not filed any proposed deadlines, as ordered by the court.  (<u>See</u> ECF 14.)  Therefore, the court issues its own cut-off dates for discovery and law and motion.

conducted so as to be completed by **September 10, 2021**.  The word "completed" in this context means that all law and motion matters must be heard by the above date.  The parties are cautioned to refer to the local rules regarding the requirements for noticing such motions on the court's regularly scheduled law and motion calendar.  This paragraph does not preclude motions for continuances, temporary restraining orders or other emergency applications.

The parties should keep in mind that the purpose of law and motion is to narrow and refine the legal issues raised by the case, and to dispose of by pretrial motion those issues that are susceptible to resolution without trial.  To accomplish that purpose, the parties need to identify and fully research the issues presented by the case, and then examine those issues in light of the evidence gleaned through discovery.  If it appears after examining the legal issues and facts that an issue can be resolved by pretrial motion, the parties are to file the appropriate motion by the law and motion cutoff set forth supra.

<u>ALL</u> PURELY LEGAL ISSUES ARE TO BE RESOLVED BY TIMELY PRETRIAL MOTION.  The parties are reminded that motions in limine are procedural devices designed to address the admissibility of evidence.  THE PARTIES ARE CAUTIONED THAT THE COURT WILL LOOK WITH DISFAVOR UPON SUBSTANTIVE MOTIONS PRESENTED IN THE GUISE OF MOTIONS IN LIMINE AT THE TIME OF TRIAL.

**FINAL PRETRIAL CONFERENCE**

The final pretrial conference and jury trial will take place before the assigned district judge, the Hon. Troy L. Nunley.  The undersigned declines to set final pretrial conference and trial dates at this juncture.  Instead, the court orders the parties to submit a Notice of Trial Readiness on one of the following timelines:

    A. After resolution of any pending dispositive motions, the parties are to submit the Notice not later than thirty (30) days after receiving the district court's ruling(s) on the last filed dispositive motion(s); or

    B. If the parties do not intend to file dispositive motions, the parties are ordered to file the Notice not later than one hundred twenty (120) days after the close of discovery and the notice must include statements of intent to forgo the filing of dispositive motions.

In the Notice of Trial Readiness, the parties are to set forth the appropriateness of special procedures, their estimated trial length, any request for a jury, their availability for trial, and if the parties are willing to attend a settlement conference.  The Notice shall also estimate how many court days each party will require to present its case, including opening statements and closing arguments.  The parties' estimate shall include time necessary for jury selection, time necessary to finalize jury instructions and instruct the jury.  After review of the parties' Joint Notice of Trial Readiness, the court will issue an order that sets forth dates for a final pretrial conference and trial.

**OBJECTIONS**

Any objections to this pretrial scheduling order shall be filed within ten (10) days.

**CONCLUSION**

Accordingly, it is HEREBY ORDERED that the court's order to show cause (ECF No. 81) is DISCHARGED.

Additionally, pursuant to Fed. R. Civ. P. 16(b), THE COURT SUMMARIZES THE SCHEDULING ORDER AS FOLLOWS:

1. Initial disclosures shall be made no later than **August 11, 2020**.

2. Discovery shall be completed by **July 30, 2021**.

3. All pretrial motions, except motions to compel discovery, shall be completed by **September 10, 2021**.

4. The parties are to file a Notice of Trial Readiness as set forth herein.

Dated:  July 17, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16.nara.466