UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAKASH NARAYAN,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | No. 2:19-cv-00466-TLN-CKD<br><br>**ORDER** |

On January 24, 2022, the magistrate judge filed findings and recommendations (ECF No. 166) which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On February 8, 2022, Plaintiff filed objections to the findings and recommendations (ECF No. 169), which have been considered by the Court. On February 14, 2022, the remaining Defendants filed a reply. (ECF No. 170.)

This Court reviews *de novo* those portions of the proposed findings of fact to which an objection has been made. 28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore Business Machines*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982); *see also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). As to any portion of the proposed findings of fact to which no objection has been made, the Court assumes its correctness and decides the motions on the applicable law. *See Orand v. United States*, 602 F.2d 207, 208 (9th

1

Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 166) are ADOPTED IN FULL;
2. Plaintiff's Motion for Leave to Amend the Complaint, separately docketed as two events (ECF Nos. 138, 141) is DENIED;
3. Plaintiff's Amended Ex Parte Application for Default Judgment (ECF No. 163) is DENIED;
4. Defendants' Motion for Summary Judgment (ECF No. 159) is GRANTED;
5. Judgment is hereby entered in favor of the only remaining defendants the County of Sacramento; Sacramento County Assessor; and Sacramento County Tax Collector Ben Lamera on all claims asserted against them in the First Amended Complaint; and
6. The Clerk of Court is directed to close this case.

DATED: March 9, 2022

Troy L. Nunley
United States District Judge