UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAKASH NARAYAN,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>    Defendants. | No. 2:19-cv-00466-TLN-CKD |
| PRAKASH NARAYAN,<br><br>    Plaintiff,<br><br>    v.<br><br>NBS DEFAULT SERVICE, LLC, et al.,<br><br>    Defendants. | No. 2:22-cv-01103-TLN-JDP |

|   |   |
|---|---|
| KUSUM N. LATA,<br><br>Plaintiff,<br><br>v.<br><br>NBS DEFAULT SERVICES, LLC, et al.,<br><br>Defendants. | No. 2:22-cv-01960-TLN-DB<br><br>**RELATED CASE ORDER** |

Defendant filed a Notice of Related Cases on November 7, 2022. Examination of the above-captioned actions reveals they are related within the meaning of Local Rule 123 (E.D. Cal. 1997). Pursuant to Rule 123 of the Local Rules of the United States District Court for the Eastern District of California, actions are related when they involve the same parties and are based on the same or similar claim(s); when they involve the same transaction, property, or event; or when they "involve similar questions of fact and the same question of law and their assignment to the same Judge . . . is likely to effect a substantial savings of judicial effort." L.R. 123(a). Further,

> [i]f the Judge to whom the action with the lower or lowest number has been assigned determines that assignment of the actions to a single Judge is likely to effect a savings of judicial effort or other economies, that Judge is authorized to enter an order reassigning all higher numbered related actions to himself or herself.

L.R. 123(c).

The instant actions are related because the cases involve the same parties and are based on the same claims. Further, the actions involve the same real property located at 7278 Munson Way, Sacramento, CA 95823 (the "Property") and deed of trust executed by both Prakash Narayan and Kusum Narayan as husband and wife, co-owners, and coborrowers, which was recorded against the Property on or about January 31, 2003, in the Sacramento County Recorder's Office ("Deed of Trust"). Though the actions are already assigned to the same district judge, assignment to the same magistrate judge would "effect a substantial savings of judicial effort." L.R. 123(a), *see also* L.R. 123(c).

Relating the cases under Local Rule 123, however, merely has the result that both actions are assigned to the same judge, it does not consolidate the actions. Under the regular practice of this Court, related cases are generally assigned to the judge and magistrate judge to whom the

first filed action was assigned.  Should either party wish to consolidate the actions, the appropriate motion or stipulation must be filed.

  IT IS THEREFORE ORDERED that the actions denominated Case No 2:22-cv-01103-TLN-JDP and Case No. 2:22-cv-01960-TLN-DB shall be reassigned to District Judge Troy L. Nunley and Magistrate Judge Carolyn K. Delaney, and the captions shall read Case No 2:22-cv-01103-TLN-CKD and Case No. 2:22-cv-01960-TLN-CKD.  Any dates currently set in Case No. Case No 2:22-cv-01103-TLN-JDP and Case No. 2:22-cv-01960-TLN-DB are hereby VACATED.

  IT IS SO ORDERED.

**DATED:  December 12, 2022**

Troy L. Nunley
United States District Judge